BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Julia.Jarrett@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEFENDANT REAL PROPERTIES LOCATED AT 300 GAERKY CREEK ROAD, ASHLAND AND 1205 PINE GROVE ROAD, ROGUE RIVER, WITHIN JACKSON COUNTY, THE STATE AND DISTRICT OF OREGON, WITH THEIR BUILDINGS, APPURTENANCES AND IMPROVEMENTS, *in rem*,<br><br>    Defendants. | Case No. 3:19-cv-00235-MA<br><br>**COMPLAINT <u>IN REM</u><br>FOR FORFEITURE** |

Plaintiff, United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Julia E. Jarrett, Assistant United States Attorney, for its Complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 18 U.S.C. § 981(a)(1)(A) and (b); 21 U.S.C. § 881(a)(6), (a)(7), and (b); 28 U.S.C. §§ 1345, 1355, 1356, and 1395.

II.

Defendants, *in rem*, are real properties located at:

(1)   300 Gaerky Creek Road, Ashland, Oregon, and more particularly described as:

> Commencing at a 2" galvanized iron pipe monumenting the Northeast corner of Section 2 in Township 39 South, Range 1 East of the Willamette Meridian in Jackson County, Oregon, thence West 3297.48 feet, thence South 1819.35 feet to a 5/8"iron pin, for the true point of beginning; thence South 05 degrees 24'32" East 496.58 feet, to a 5/8" iron pin situated on the Northerly right of way of Gaerky Creek Drive (County Road); thence along said right of way, along the arc of a 145.00 foot radius curve to the right (the chord bears South 74 degrees 26'33" West 97.26 feet), 99.18 feet; thence along the arc of a 470.00 foot radius curve to the right (the chord bears North 68 degrees 59'15" West 274.44 feet) 278.49 feet to a 5/8" iron pin; thence leaving said right of way, North 22 degrees 34'38" West 555.75 feet to a 5/8" iron pin; thence South 79 degrees 59'42" East 524.42 feet to the point of beginning; and

(2)   1205 Pine Grove Road, Rogue River, Oregon, and more particularly described as:

> Real property in the County of Jackson, State of Oregon, described as follows: Parcel 1, Commencing at the Northwest corner of the Northeast Quarter of the Northeast Quarter of Section 21 in Township 35 South, Range 4 West of the Willamette Meridian in Jackson County, Oregon; thence South 00 degrees 08' 05" West, along the West line of said Quarter-Quarter, 30.00 feet to a 5/8 inch iron pin on the South line of Minthorne Road; thence continue South 00 degree 08' 05" West, along said line, 692.00 feet; to a 5/8 inch iron pin; thence North 89 degrees 47' 00" East, along the South line of tract described in deed recorded as Document No. 85-05568, Official Records of Jackson County, Oregon and the extension thereof, 487.98 feet to a 5/8 inch iron pin; thence North 07 degrees 00' 00" East 36.10 feet to a 5/8 inch iron pin for the true point of beginning; thence South 07 degrees 00' 00" West 310.0 feet to a 5/8 inch iron pin; thence South 87 degrees 41' 03" East 378.65 feet to a 5/8 inch iron pin witness corner; thence continue South 87 degrees 41' 03" East 20.00 feet, more or less, to the centerline of Pine Grove Road; thence Northerly, along said centerline, to a point South 89 degrees 10' 17"

East from the point of beginning; thence North 89 degrees 10' 17" West 421.62 feet to the true point of beginning.

Parcel 2: Beginning at a point in the center of Minthorne Road, 1016.00 feet West of the Northeast corner of the Northeast Quarter of the Northeast Quarter of Section 21 in Township 35 South, Range 4 West of the Willamette Meridian in Jackson County, Oregon, said point being North of the Northeast corner of tract described in deed recorded as Document No. 85-05568, Official Records of Jackson County, Oregon; thence South, to and along the East line of said tract, 692.00 feet; thence South 89 degrees 10' 17" East 594.60 feet, more or less, to the Southwesterly bank of Red Ditch Creek; thence Northwesterly, along said Southwesterly bank, to the centerline of said Minthorne Road; thence West, along said line, to the point of beginning. EXCEPTING THEREFROM that portion conveyed to Jackson County, Oregon, a Political Subdivision of the State of Oregon by deed recorded January 13,1992 as Document No. 92-00947, Official Records of Jackson County, Oregon. Deed Instrument No. 2016-042829.

Defendants, *in rem*, real properties located at 300 Gaerky Creek Road, Ashland, Oregon, and 1205 Pine Grove Road, Rogue River, Oregon (hereinafter, "DEFENDANT REAL PROPERTIES"), are in the District of Oregon, and are now and during the pendency of this action will be within the jurisdiction of this Court.

III.

DEFENDANT REAL PROPERTIES are properties purchased with the proceeds of the sale of an illegal substance (marijuana) in violation of the Uniform Controlled Substances Act, Title 21, United States Code, Section 841 et seq., and are therefore subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6). Further, DEFENDANT REAL PROPERTIES were used or intended to be used to facilitate the illegal production and distribution of marijuana, in violation of Title 21, United States Code, Section 841, 846, and 856, and are therefore subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(7). Further, DEFENDANT REAL PROPERTIES were involved in financial transactions conducted with the intent to promote and conceal the carrying on of illegal marijuana manufacturing in violation of Title 18, United

States Code, Section 1956, and are therefore subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A), more particularly set forth in the Declaration of Special Agent Cameron Wall, Internal Revenue Service, marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, Plaintiff, United States of America, prays that due process issue to enforce the forfeiture of DEFENDANT REAL PROPERTIES, *in rem*; that due notice be given to all interested persons to appear and show cause why forfeiture of this DEFENDANT REAL PROPERTIES, *in rem*, should not be decreed; that due proceedings be had thereon; that these DEFENDANT REAL PROPERTIES be forfeited to the United States; that the Plaintiff United States of America be awarded its costs and disbursements incurred in this action.

DATED: February 15, 2019.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney

## VERIFICATION

I, Cameron Wall, declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Special Agent with the Federal Bureau of Investigation and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

*s/ Cameron Wall*
CAMERON WALL
Special Agent
Internal Revenue Service – Criminal Investigation

✎JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____